

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Mark B. Dubnoff*
*Direct Dial: (215) 861-8397*
*Facsimile: (215) 861- 8618*
*E-mail Address:  mark.dubnoff@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

June 17, 2025

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re:    United States v. Seferlis
          Magistrate No. 25-mj-1268

Dear Clerk:

Please unimpound the Complaint and Warrant in regard to the above-captioned case. The Complaint and Warrant was filed on June 16, 2025.

Very truly yours,

DAVID D. METCALF
United States Attorney

**/s/ MARK B. DUBNOFF**
Mark B. Dubnoff
Assistant United States Attorney