IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL** |
| | : | |
| **v.** | : | |
| **CLIFT A. SEFERLIS** | : | **NO. 25-MJ-1268** |
| | : | |

**AMENDED
CONDITIONS OF RELEASE ORDER**

**BAIL**

Defendant is **released on bail** in the amount of: $50,000
      X   **O/R**
           **cash**
           **secured by**:
                  **%  cash**
                  **property at:**
                  **Clerk's office requirements are not waived.** Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

**PRETRIAL SERVICES**

  X   Defendant shall report to Pretrial Services:
           X    **as directed** by Pretrial Services.
               times per week **in person**.
               times per week **via telephone**.

      Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
      Defendant shall submit to **random drug testing** as directed by Pretrial Services.
      Defendant shall refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.
      Defendant shall undergo **drug/alcohol treatment** if necessary, as determined by Pretrial Services.
  X   Defendant shall submit to **electronic monitoring** at the following address:
      **4703 Albemarle Avenue, Garrett Park, MD 20896 with his husband, Rolando Garcia. Defendant is also permitted to stay overnight 1-2 nights per week at his husband's residence located at 3503 Murdock Road, Kensington, MD 20895**

         This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

      **Curfew.** You are restricted to your residence every day from _____ to _____ , during which electronic monitoring will be in place, or as directed by the pretrial services office or supervising officer.

   __X__ **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

   _____ **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

   _____ **Stand-Alone.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. Note: Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual application technology.

**Submit to the following location monitoring technology (check one):**

__X__ Location monitoring Technology as directed by the pretrial services supervision officer; or
_____ GPS; or
_____ Radio Frequency; or
_____ Virtual Mobile Application. You must allow the pretrial services officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

## PASSPORT

 __X__ Defendant must surrender his/her passport to the Clerk of Court.
 __X__ Defendant must refrain from applying for a passport.

## TRAVEL

_____ Travel is restricted to the **Eastern District of Pennsylvania**.
__X__ Travel is restricted to the **DMD, Washington, DC (metropolitan area), and EDVA. In addition, see below.**
 __X__ Unless prior permission is granted by Pretrial Services.

## FIREARMS

 __X__ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement. Further, the defendant shall not possess a dangerous weapon or destructive device.

**Defendant is permitted to travel by car from his Maryland residence to his residence located at 17 Enterprise Way, New Harbor Maine 04554 beginning August 2, 2025 and returning August 18, 2025.  Defendant will drive straight through from his residence in Maryland to his residence in Maine with no overnight stops.  While defendant is at his Maine residence, he may, with prior approval from pretrial, go to the following grocery stores: Reilly's Market, 2576 Bristol Road, New Harbor, ME 04554 and Hannaford's Market, 469 Main St., Damariscotta, ME 04543.  Because Reilly's is close to his residence, Defendant, with prior approval from pretrial, is permitted to walk to Reilly's for exercise.  In addition, with prior approval from pretrial, Defendant is permitted to walk the perimeter of his roughly one-acre property for exercise.**

## MISCELLANEOUS

   X     Defendant shall have no contact with **co-defendants**, **potential witnesses** in this case, or individuals engaged in any **criminal activity**.

**Defendant may not enter any Jewish institution or place of worship and may not knowingly come within 500 feet of a Jewish institution or place of worship, except that Defendant may enter the courthouse at 601 Market Street, Philadelphia or his attorney's office located at 325 Chestnut Street, Philadelphia.**

_____ Defendant must maintain present **employment**.
_____ Defendant must **actively seek** gainful employment.
_____ Defendant shall undergo a **mental competency evaluation**.
_____ Defendant shall report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement, including arrests, questioning, or traffic stops.
_____ Defendant must reside:
        **at**:   **4703 Albemarle Avenue, Garrett Park, MD 20896 with his husband, Rolando Garcia and is also permitted, with prior approval from pretrial, to stay overnight 1-2 nights per week at his husband's residence located at 3503 Murdock Road, Kensington, MD 20895.**

## COMPUTERS/INTERNET

_____ The Defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to ensure compliance with the imposed restrictions.

_____ **No computer**: The Defendant is prohibited from possession and/or use of any computers and connected devices.

_____ **Computer, no internet access**: The Defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC

servers, instant messaging).

   _____**Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

   _____**Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to ensure the equipment is password protected.

   _____**Other Restrictions**:

**OTHER CONDITIONS:**

  As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

  Any violation of the conditions of release may result in revocation of bail and imprisonment pending trial.

  It is so ORDERED this 9th day of JULY, 2025.

           BY THE COURT:

           */s/ PAMELA A. CARLOS*

           _____
           UNITED STATES MAGISTRATE JUDGE

Last Revised: 11/24