# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :   **25-453-MAK** |
| vs. | : |
| | : |
| **CLIFT SEFERLIS** | : |

## ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby ORDERED that the Motion is **GRANTED**. The Conditions of Release Order entered on July 9, 2025 (mj-25-1268, ECF #19) shall remain in full force and effect except as modified below:

1. Defendant is permitted to stay overnight at a hotel in Media, Pennsylvania, approved by pretrial services, checking in on November 17, 2025 and checking out November 18, 2025, for the purpose of attending his scheduled plea hearing in this Court on November 17th at 1:00 p.m. and a defense-mitigation evaluation on November 18th.

2. Defendant shall otherwise abide by all other conditions of his release as set forth in the July 9, 2025 Conditions of Release Order (mj-25-1268, ECF#19).

                                            **BY THE COURT**:

                                            _____

                                            **HONORABLE MARK A. KEARNEY**,
                                            United States District Court Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    25-453-MAK |
| vs. | : |
| | : |
| CLIFT SEFERLIS | : |

### UNOPPOSED MOTION OF DEFENDANT CLIFT SEFERLIS
### TO MODIFY CONDITIONS OF RELEASE ORDER

Defendant Clift Seferlis, by and through undersigned counsel, respectfully moves this Honorable Court to modify the current Conditions of Release Order to permit travel as outlined herein and, in support thereof, states as follows:

1. On or about June 16, 2025 Defendant Clift Seferlis ("Mr. Seferlis') was charged by criminal complaint with mailing threatening communications (18 U.S.C. §876(c)).

2. Mr. Seferlis was released on conditions pursuant to a Conditions of Release Order (COR Order) dated June 20, 2025 (25-mg-1268, ECF#7), which was modified on June 25, 2025 (25-mj-1268, ECF#13), and July 9, 2025 (ECF25-mj-1268, ECF #19).[1]

3. Mr. Seferlis, who resides in the District of Maryland (D. Md.), is being supervised by Pretrial Services in D. Md. (in conjunction with Pretrial Services in E.D. Pa.) and has fully complied with all terms and conditions of his release.

4. In relevant part, the COR Orders restrict Mr. Seferlis as follows:

- Electronic monitoring with home detention at his home address in Maryland, with preapproved overnights stays permitted at his husband's residence in Maryland one to two days per week;

---

[1] The Conditions of Release Order was amended on June 25 and again on July 9, 2025, to permit a single trip to Defendant's vacation rental property in Maine. The second amendment was necessary only because the dates of that trip were modified. The same amendment also authorized Defendant to stay overnight at his husband's residence one to two nights per week, subject to advance approval by Pretrial Services.

- Travel restricted to D. Md., Washington, D.C. (metropolitan area), E.D. Va.
- Defendant may not enter any Jewish institution or place of worship and may not knowingly come within 500 feet of a Jewish institution or place of worship, except that Defendant may enter the courthouse on Market Street or his attorney's office on Chestnut Street in Philadelphia.

5. On or about October 14, 2025, Mr. Seferlis was charged by way of Information with 17 counts of mailing threatening communications (18 U.S.C. §876(c)) and 8 counts of obstruction of free exercise of religious beliefs (18 U.S.C. §247(a)(2)) and the matter was assigned to this Court.

6. This matter is scheduled for a plea hearing on November 17, 2025 at 1 p.m.

7. Mr. Seferlis is scheduled to undergo an evaluation in aid of defense mitigation on November 18, 2025 in Media, Pennsylvania. Said evaluation will begin at 9 a.m. and is expected to conclude by 5 p.m.

8. Mr. Seferlis seeks permission to stay overnight at a hotel in Media, Pennsylvania, on November 17, 2025 until the morning of November 18, 2025.

9. Mr. Seferlis will travel by car from his home in Maryland to this Court for his plea hearing and thereafter travel to the hotel in Media, stay there overnight, attend the evaluation on the 18th and return to his home in Maryland thereafter.

10. Mr. Seferlis will provide his hotel details to Pretrial Services.

11. Undersigned counsel has conferred with Assistant United States Attorney Mark Dubnoff and AUSA Dubnoff does not oppose Mr. Seferlis' motion.

**WHEREFORE**, Defendant respectfully requests this Honorable Court grant his Motion to Modify the July 9, 2025 Conditions of Release Order (mj-25-1268, ECF #19)

and enter an Order in the form attached hereto.

        **Respectfully submitted,**

        **LAW OFFICE OF MARGARET M. GRASSO**

        */s/ Margaret M. Grasso*

        **MARGARET M. GRASSO, ESQUIRE**
        **Attorney for Defendant Clift Seferlis**

November 10, 2025

4

**CERTIFICATE OF SERVICE**

    I, Margaret M. Grasso, Esquire, certify that I have delivered a copy of Defendant's Motion to Modify Conditions of Release to AUSA Mark Dubnoff, by electronic filing.

                              LAW OFFICE OF MARGARET M. GRASSO

*[signature: Margaret M. Grasso]*

                              **MARGARET M. GRASSO, ESQUIRE**
                              **Attorney for Defendant Clift Seferlis**

November 10, 2025