Waiver of Indictment

UNITED STATES DISTRICT COURT

FOR THE

<u>EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 25-453 |
| CLIFT A. SEFERLIS | : | |

CLIFT A. SEFERLIS, the above named defendant, who is accused of 18 U.S.C. § 876(c) (mailing threatening communications – 17 counts), and 18 U.S.C. § 247(a)(2) (obstruction of free exercise of religious beliefs – 8 counts) being advised of the nature of the charges and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____,
CLIFT A. SEFERLIS, Defendant,

_____
WITNESS,

11/17/25
Date

_____
MARGARET M. GRASSO, Counsel for Defendant