## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

           **v.**           :       **CRIMINAL NO.  25-453**

CLIFT A. SEFERLIS        :

## GOVERNMENT'S CHANGE OF PLEA MEMORANDUM

### I.    BACKGROUND

Defendant Clift A. Seferlis is charged in an Information with seventeen counts of mailing threatening communications, in violation of 18 U.S.C. § 876(C) (Counts 1 through 17), and eight counts of intentionally obstructing, by threat of force, including threat of force against religious real property, another person's enjoyment of that person's free exercise of religion, in in violation of 18 U.S.C. § 247(a)(2) (Counts 18 through 25). Counts 21 through 24 further allege that the defendant's conduct involved the threat of using a dangerous weapon, firearm, or explosives, under 18 U.S.C. § 247(d)(3). The defendant has notified the government through his counsel that he wishes to plead guilty to the Information.

### II.    APPLICABLE STATUTE AND ESSENTIAL ELEMENTS OF THE OFFENSE

To obtain a conviction for mailing threatening communications, in violation of 18 U.S.C. § 876(c), the government must prove beyond a reasonable doubt that:

1.    The defendant mailed (or caused to be delivered by the Postal Service according to the directions thereon) a communication addressed to any other person;

2.    The communication contained a threat to kidnap or to injure a person; and

3.    The defendant acted knowingly and willfully.

To obtain a conviction for intentionally obstructing or attempting to obstruct, by force or threat of force, including by threat of force against religious real property, another person in the enjoyment of that person's free exercise of religious beliefs, in violation of 18 U.S.C., § 247(a)(2), the government must prove the following:

(1)     The defendant obstructed or attempted to obstruct, another person in the enjoyment of that person's free exercise of religious beliefs;

(2)     The defendant used force or the threat of force, including the threat of force against religious real property;

(3)     The defendant acted intentionally; and

(4)     The offense was in or affected interstate or foreign commerce.

Additionally, to prove that the felony enhancement under Section 247(d)(3) applies, the government would have to prove beyond a reasonable doubt that the defendant's acts included the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire (as alleged in Counts 21 through 24).

III.    **MAXIMUM PENALTIES**

For each of Counts 1 through 17, which charge mailing threatening communications, in violation of 18 U.S.C. § 876(c), the defendant faces a maximum penalty of five years' imprisonment, a three-year period of supervised release, a $250,000 fine, and a $100 special assessment. For each of Counts 18, 19, 20, and 25, which charge intentionally obstructing, by threat of force, including threat of force against religious real property, another person's enjoyment of that person's free exercise of religion, in violation of l8 U.S.C § 247(a)(2), (d)(5), the defendant faces a maximum penalty of 1 year' imprisonment, a 1-year period of supervised release, a $100,000 fine, and a $100 special assessment. For each of Counts 21 through 24, which charge intentionally obstructing, by threat of force, including threat of force against

religious real property, another person's enjoyment of that person's free exercise of religion, and involved a threat of using a dangerous weapon, firearms, or explosives, in violation of l8 U.S.C § 247(a)(2), (d)(3), the defendant faces a maximum penalty of 20 years' imprisonment, a 3-year period of supervised release, a $250,000 fine, and a $100 special assessment. Therefore, if convicted on all 25 counts, the defendant faces a maximum possible sentence of 169 years' imprisonment, a 3-year period of supervised release, a $5,650,000 fine, and a $2,500 special assessment.

## IV.    <u>FACTUAL BASIS FOR THE PLEA</u>

If this case were to proceed to trial, the government would prove the following facts beyond a reasonable doubt, among others, through witness testimony and exhibits. This memorandum sets forth only the essential facts that would need to be proved to establish the elements of the offenses charged.

From at least March 1, 2024, through at least June 3, 2025, defendant Clift A. Seferlis used the United States mails to transmit at least 40 letters and at least two postcards to more than 25 Jewish organizations and entities, including but not limited to synagogues, Jewish museums, Jewish community centers, Jewish schools, Jewish non-profit organizations, and a Jewish delicatessen, which were located in multiple jurisdictions. In many of these letters and postcards, Seferlis threatened to destroy physical buildings and/or to injure individuals. Defendant Seferlis used a typewriter to write all of the letters, and he hand-wrote threatening messages in block letters on the postcards. Defendant Seferlis then mailed the letters and postcards using the United States Postal Service.

Among the 42 letters and postcards that Seferlis sent to Jewish Institutions were the following 17 mailings, which are referenced in Counts 1 through 17 of the Information and being provided to the Court under seal as Exhibits 1 through 17:

1) A typewritten letter placed in the mail from New York City in an envelope postmarked March 6, 2024, which was addressed to a rabbi at a synagogue in Washington, D.C. (identified in the Information as Jewish Institution 1). Seferlis included a Washington Post article about the war between Israel and Hamas in Gaza in the envelope and wrote, "Dear [_____], What;is;it;like… To know just how much damage your people are inflicting on the majority of people over there who are innocent? Are you concerned for the well being of your congregants? … you might want to be." *See* Exhibit 1, to be filed under seal.

2) A typewritten letter placed in the mail in Harrisburg, Pennsylvania, in an envelope postmarked April 4, 2024, which was addressed to the attention of "M.G." at a Jewish Institution in Philadelphia (identified in the Information as Jewish Institution 2). In the letter, Seferlis wrote, "Hi, [M] … for months now we have watched the systematic decimation of Gaza at the hands of Israel. The ire building nation - and worldwide - is understandable. The attack on the aid convoy was the final straw. Your lovely [building] has so many big open windows, among other things inside. Kristallnacht, anyone?[1] Get ready, Dr. This is going to be great fun." *See* Exhibit 2, to be filed under seal.

---

[1] Kristallnacht is a German word for "Night of Broken Glass" and refers to a violent wave of anti-Jewish attacks that took place in Germany and Austria on the night of November 9-10, 1938 – exactly 87 years ago – during which the Nazis and other Germans burned more than 1,400 synagogues, vandalized thousands of Jewish-owned businesses, imprisoned more than 20,000 Jewish men, and assaulted and killed hundreds of Jewish people.

3) A typewritten letter placed in the mail in Washington, D.C., in an envelope postmarked July 29, 2024, which was addressed to a Jewish Institution in Philadelphia (identified in the Information as Jewish Institution 2). Seferlis included a Washington Post article about the war in Gaza in the envelope and wrote, "… you fucking jews. ALL you know is death and unbelievable destruction. It is only a matter of time before EVERY pane of glass of your [building] is SMASHED …. Hello 1938! Ever think this could happen in 2024?." *See* Exhibit 3, to be filed under seal.

4) A typewritten letter placed in the mail in the Eastern District of Virginia, in an envelope postmarked January 18, 2025, which was addressed to "A.B." at a Jewish Institution in Fairfax, Virginia (identified in the Information as Jewish Institution 3). Seferlis included a Washington Post article about the war in Gaza in the envelope and wrote, "… are you all proud to be associated with this? What if the tables were turned? It's only a matter of time before Kristallnacht comes back in full force. Are you all ready? There are so many waiting with metal bars in hand. You damn filthy kikes." *See* Exhibit 4, to be filed under seal.

5) A typewritten letter placed in the mail in the Eastern District of Virginia, in an envelope postmarked January 18, 2025, which was addressed to "E.A." at Jewish Institution 2 in Philadelphia. Seferlis included a Washington Post article about the war in Gaza in the envelope and wrote, "Hi [E]. Wishing you a very Happy New Year! I have enclosed something for you to think about. And - as you know - pictures are worth a thousand words. Do you have any idea how much more anger and rage is spreading across this country, the more we see of this? What goes around comes around, no? So many are waiting for the chance to act like the barbarians that make up

the IDF, and it is not like your lively [building] is nothardtofind. Enjoy." *See* Exhibit 5, to be filed under seal.

6)  A typewritten letter placed in the mail in Washington, D.C., in an envelope postmarked January 24, 2025, which was addressed to Jewish Institution 1 in Washington, D.C. Seferlis included a Washington Post article about the war in Gaza in the envelope and wrote, "You know-with every report that comes out about more lives lost and more damage done…well….you might want to hire another officer to keep a careful eye before, during, and after services. DAMN YOU ALL." *See* Exhibit 6, to be filed under seal.

7)  A typewritten letter placed in the mail in Washington, D.C., in an envelope postmarked February 3, 2025, which was addressed to a synagogue in Gaithersburg, Maryland (identified in the Information at Jewish Institution 4[2]).  Seferlis included a Washington Post article about the war in Gaza in the envelope and wrote , "ALL you fuckin jews know how to do is DESTROY. You do know Kristallnacht is very strong and sooner than later there is going to be PLENTY of broken glass at your synagogue." *See* Exhibit 7, to be filed under seal.

8)  A typewritten letter placed in the mail in Washington, D.C., in an envelope postmarked February 7, 2025, which was addressed to a Jewish institution at a university in Fairfax, Virginia (identified in the Information at Jewish Institution 5). Seferlis included a Washington Post article about the war in Gaza in the envelope and wrote , "… do you all have ANY idea of the world of hurt that awaits you following yesterday's announcement? Get ready." *See* Exhibit 8, to be filed under seal.

---

[2] This synagogue is also identified in Count 22 as Jewish Institution 13.

9) A typewritten letter placed in the mail in March 2025, which was addressed to a synagogue located in Hagerstown, Maryland (identified in the Information at Jewish Institution 6[3]).  Seferlis included a Washington Post article about the war in Gaza in the mailing and wrote, "… and do you wonder why the world hates jews? And now with the "new" Gaza plan … it might be high-time to do a little Gaza-style damage on [_____] Street. Might?  No. It IS." *See* Exhibit 9, to be filed under seal.

10) A postcard placed in the mail in Philadelphia and postmarked March 5, 2025, which was addressed to "J.G." at Jewish Institution 2. On the postcard, Seferlis wrote in block letters: "Gaza is in ruins. Countless dead. And you want to tell your story. Your story soon will be trying to rebuild your building when we are done playing IDF on it. You ready?" *See* Exhibit 10, to be filed under seal.

11) A typewritten letter placed in the mail in Philadelphia, in an envelope postmarked May 7, 2025, which was addressed to Jewish Institution 2. In the letter, Seferlis wrote, "Hello [J], I just wanted to say you are going to have to be more reliant than ever on your donors. But at some point that money too WILL become less and less. The hatred toward you all, your [building], and especially the nation of Israel is at an all time high and is only getting worse. Do you - deep down - reallycare - really - about what is going on in Gaza? Will it take something happening to your beloved [building] to make that happen? Shalom." *See* Exhibit 11, to be filed under seal.

12) A typewritten letter placed in the mail in Washington, D.C., in an envelope postmarked May 12, 2025, which was addressed to a "E.A." at a Jewish school in Rockville, Maryland (identified in the Information at Jewish Institution 7).  Seferlis included a Washington Post article about an Israeli attack in Lebanon in the envelope

---

[3] This synagogue is also identified in Count 24 as Jewish Institution 15.

and wrote, "Dear Dr. [A], Does the image mean anything to you? Are you proud to be part of without doubt the most hated diaspora on earth, one with no end to their cruelty? Of course you are not moved by this. You are a jew. Perhaps it might be more effective when the [] school is in ruins. The police always in place there (how sad) can do nothing based on what others have in the works. Shalom." *See* Exhibit 12, to be filed under seal.

13) A typewritten letter placed in the mail in Philadelphia, in an envelope postmarked May 29, 2025, which was addressed to "R.K." at Jewish Institution 2. Seferlis included a Washington Post article about a university protest relating to the conflict in Gaza in the envelope and wrote, "Hello [R], … and you wonder why that nice young couple were gunned down in front of the museum in DC. And with all your education efforts, leave it to your supreme leader back in the mother country to unravel all your efforts. You all the least bit concerned about something happening in front of your [building]." *See* Exhibit 13, to be filed under seal.

14) A typewritten letter placed in the mail in Philadelphia, in an envelope postmarked May 29, 2025, which was addressed to "A.B." at a Jewish institution located in Washington, D.C. (identified in the Information as Jewish Institution 8). Seferlis included a Washington Post article about Israel's actions in the West Bank in the envelope and wrote, "Good afternoon, [A]. Well… it seems all your efforts to educate and inform are well intended … but pointless as long as the unprecedented campaign of death and destruction continues. Are you at all concerned about a repeat happening not outside the [building] but next time in the place." *See* Exhibit 14, to be filed under seal.

15) A typewritten letter placed in the mail in Massachusetts, in an envelope postmarked June 3, 2025, which was addressed to "M.G." at Jewish Institution 8. Seferlis included a Washington Post article about the war in Gaza in the envelope and wrote, "Hello, [M] It is indeed wonderful news that the [building] has opened.  But the death and destruction has not. We see an increased security presence. They can only do so much. Enjoy." *See* Exhibit 15, to be filed under seal.

16) A typewritten letter placed in the mail in Massachusetts, in an envelope postmarked June 3, 2025, which was addressed to "E.B." at a Jewish organization in Washington, D.C. (identified in the Information as Jewish Institution 9). In the letter, Seferlis wrote, "The American people have had enough of you filthy jews. It is time to do to your Washington offices what your goddamn IDF forces have been doing in Gaza. Kristallnacht will be a picnic compared to what we have planned. And we're not kidding." *See* Exhibit 16, to be filed under seal.

17) A typewritten letter placed in the mail in Massachusetts, in an envelope postmarked June 3, 2025, which was addressed to "C.K." at a synagogue located in Brookline, Massachusetts (identified in the Indictment as Jewish Institution 10). Seferlis included a Washington Post article about the war in Gaza in the envelope and wrote, "Good morning, [C]. Just a quick question. Are you at all concerned for the safety of your congregation as the IDF continues to inflict unbelievable damage to the Palestinians? You know … just a short time ago a nice young couple paid for their crimes in Washington, D.C."[4] *See* Exhibit 17, to be filed under seal.

---

[4] On May 22, 2025, two Israeli Embassy staffers were fatally shot outside a Jewish institution in Washington, D.C.

Seferlis knew and intended that all of these mailings to Jewish institutions would be interpreted as threats to injure or kill the recipients. For example, Seferlis knew and intended that his references to Kristallnacht, 1938, and other aspects of Nazi Germany, would be interpreted as threats to injure or kill the recipients because of their connection to Judaism.

By mailing five of those threatening letters to synagogues, *see* Exhibits 1, 6, 7, 9, 17, Seferlis used the threat of force to obstruct and attempt to obstruct the occupants of those synagogues in the enjoyment of their free exercise of religious beliefs. For example, as alleged in Count 18 of the Information, on March 6, 2004, Seferlis mailed a letter to a rabbi at a synagogue in Washington, D.C., which included the threat of force, "Are you concerned for the well being of your congregants? … you might want to be." *See* Exhibit 1.

Similarly, as alleged in Count 19, on January 24, 2025, Seferlis mailed a letter to the same synagogue, which included the threat of force, "You know-with every report that comes out about more lives lost and more damage done…well….you might want to hire another officer to keep a careful eye before, during, and after services. DAMN YOU ALL." *See* Exhibit 6.

As alleged in Count 22, on February 3, 2025, Seferlis mailed a letter to a synagogue in Gaithersburg, Maryland, which included the threat of force, "You do know Kristallnacht is very strong and sooner than later there is going to be PLENTY of broken glass at your synagogue." *See* Exhibit 7.

As alleged in Count 24, in March 2025, Seferlis mailed a letter to a synagogue in Hagerstown, Maryland, which included the threat of force, "And now with the 'new' Gaza plan … it might be high-time to do a little Gaza-style damage on [_____] Street. Might? No. It is." *See* Exhibit 9.

As alleged in Count 25, on June 3, 2025, Seferlis mailed a letter to a synagogue in Brookline, Massachusetts, which included the threats of force, "Are you at all concerned for the safety of your congregation as the IDF continues to inflict unbelievable damage to the Palestinians? You know … just a short time ago a nice young couple paid for their crimes in Washington, D.C.." *See* Exhibit 17.

Seferlis also sent mailings to three other synagogues, which contained threats to destroy the synagogues and suggested that the recipients should make sure the synagogues were fully insured. In so doing, Seferlis, intentionally obstructed and attempted to obstruct the occupants of those synagogues in the enjoyment of their free exercise of religious beliefs.

Specifically, as alleged in Count 20, on January 25, 2025, Seferlis mailed a letter to a synagogue in Rockville, Maryland (identified in the Information as Jewish Institution 11), in which he wrote: "Hi [M]! Well … here we go again. It is well over 800 buildings, and we all know it. What is it like being part of a people that ONLY know how to destroy en masse and kill? Do you ever wonder why the world hates jews? Oh - and you must know there are PLENTY of people who like to destroy property, too. Your insurance all paid up?" *See* Exhibit 18, to be filed under seal.

As alleged in Count 21, on January 31, 2025, Seferlis mailed a letter to a synagogue in Falls Church, Virginia (Identified in the Information at Jewish Institution 12), in which he wrote: "Hi, [J]. Do you think the world is getting tired of reading about the atrocities your homeland countrymen are responsible for? Love that today the Palestinians were allowed to return home to find…. rubble. Is the indurance [sic] paid up on YOUR property, [J]? What goes around comes around, dear fellow." *See* Exhibit 19, to be filed under seal.

As alleged in Count 23, on February 10, 2025, Seferlis mailed a letter to the attention of "Y.C." at a synagogue in Washington, D.C. (identified in the Information as Jewish Institution 14), in which he wrote: "Good morning, [Y]. The news just gets better and better about your home country's ability to destroy. Quick question -- are your buildings insured? What goes around comes around?" *See* Exhibit 20, to be filed under seal.

All of the mailings referenced above were in and affected interstate commerce.

Seferlis intentionally selected all of his victims because of their relationship with Jewish people and Judaism.

## V.    **PLEA AGREEMENT**

The parties have executed a plea agreement and venue waiver, that will be presented to the Court during a hearing regarding entry of the guilty plea. By waiving venue, the defendant is affirmatively representing that he does not object to the government prosecuting all 25 offenses identified in the Information in the Eastern District of Pennsylvania.

The agreement includes a supplement to be filed under seal.

## VI.   **CONCLUSION**

The government requests that the Court conduct a hearing under Federal Rule of Criminal Procedure 11 and if warranted then accept the defendant's plea of guilty.

Respectfully submitted,

DAVID METCALF
United States Attorney


 */s Mark B. Dubnoff*                                  
MARK B. DUBNOFF
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this Change of Plea Memorandum has been served on the Filing User

identified below by email:

Maggie Grasso, Esq.
Law Office of Margaret M. Grasso
325 Chestnut Street
Suite 800
Philadelphia, PA 19106


*/s Mark B. Dubnoff*_____
MARK B. DUBNOFF
Assistant United States Attorney


DATED:  <u>November 10, 2025.</u>